# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLOS ALBERTO ALVARADO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-07-0011-F |
| ) | |
| ALBERTO GONZALES, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

In this action petitioner seeks habeas relief under 28 U.S.C. § 2241. Petitioner appears *pro se,* and his pleadings are liberally construed.

Magistrate Judge Bana Roberts entered her Report and Recommendation in this matter on March 9, 2007. (Doc. no. 13.) In that Report, the magistrate judge recommended that the petition be dismissed as moot because petitioner has been deported to Honduras. The Report further advised petitioner of his right to file an objection to the Report by March 29, 2007. No objection has been filed, and no request for any additional extensions have been made.[1] The Report also advised that failure to make timely objection to the Report waives the right to appeal the recommended dismissal.

After review of the Report, the record, and the relevant authorities, and with there being no objection, the court finds and concludes that it concurs with the magistrate judge's determinations and that no purpose would be served by repeating those determinations, or any analysis, here.

---

[1] (Doc. no. 14 notes that mail sent to the petitioner was returned as undeliverable. That returned mail was petitioner's copy of the Report and Recommendation.)

Accordingly, the Report and Recommendation of Magistrate Judge Bana Roberts is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety. For the reasons stated in the Report, the petition for a writ of habeas corpus is **DISMISSED** as moot.

Dated this 30th day of March, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-0011p002(pub).wpd